1 | Kristin A. Schuler-Hintz, Esq. SBN 7171
2 | Michael Chen, Esq. SBN 7307
  | **McCarthy & Holthus, LLP**
3 | 9510 West Sahara Avenue, Suite 200
  | Las Vegas, NV 89117
4 | Phone (877) 369-6122
5 | Fax (866) 339-5691

6 | Attorneys for Cenlar FSB as Servicer for United Wholesale Mortgage, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | ) Case No. 26-50166-hlb |
|---|---|
|  | ) |
|  | ) Chapter 13 |
| Craig B. Hansen aka Craig Hansen | ) |
| Maria Hansen, | ) **OBJECTION TO CONFIRMATION OF** |
|  | ) **CHAPTER 13 PLAN** |
| Debtors. | ) |
|  | ) |
|  | ) **Confirmation Hearing:** |
|  | ) Date:   5/14/2026 |
|  | ) Time:   3:00 PM |
|  | ) Ctrm:   5, 2 |
|  | ) Place:  Clifton Young Federal Building, 300 |
|  | )            Booth Street, |
|  | )            Reno NV |

Cenlar FSB as Servicer for United Wholesale Mortgage, LLC, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by Craig B. Hansen and Maria Hansen ("Debtors").

1. Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 4/1/2052 and is secured by a Deed of Trust on the subject property commonly known as 255 Ave De La Demerald, Sparks, NV 89434. As of 2/19/2026, the approximate amount in default was $1,283.89. A Proof of Claim detailing the arrearages is forthcoming and will be filed on or before the claims bar date. However, Secured Creditor submits the following objections to timely preserve its rights and treatment under the proposed Plan.

2. The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor. The payoff period and monthly repayment amount proposed by the Debtors exceed a reasonable arrangement in light of Debtors' past non-payment history. Debtors allege in the Plan that the arrears owed to Secured Creditor are in the amount of $0.00, while in fact the approximate arrears owed are in the amount of $1,283.89. To cure the pre-petition arrearages of $1,283.89 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $21.40 per month from the Debtors through the Plan. Debtors' Plan provides for payments to the Trustee in the amount of $2,150.00 per month for 60 months. It appears Debtor may have sufficient funds available to cure the arrears within 60 months and thus the Plan should be amended to provide for the arrearages accordingly. A true and correct copy of Debtors Schedules I and J is attached hereto as **Exhibit "1."**

3. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtors shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of

1 the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtors be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCarthy & Holthus, LLP**

2/27/2026

By: /s/ Michael Chen
    Michael Chen, Esq.
    Attorney for Secured Creditor